# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY GERVASIO, MICHAEL DINSE, JAMES CLOUD and CHRISTOPHER CARMANY Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WAWA, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-00245 (PGS)(DEA) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE ACTION SETTLEMENT, FOR AN AWARD OF EXPENSES AND ATTORNEYS' FEES, AND FOR APPROVAL OF ENHANCEMENT AWARDS AND PAYMENT OF SETTLEMENT COSTS**

**PLEASE TAKE NOTICE THAT** Plaintiffs ANTHONY GERVASIO, MICHAEL DINSE and JAMES CLOUD ("Plaintiffs" or "Class Representatives") will move this Court, on a date and time to be determined by the Court, to grant final approval of the collective action settlement; for an award of expenses and attorneys' fees, and for approval of enhancement awards and payment of settlement costs.

In accordance with this Court's Local Rules, Defendant's answering papers, if any, are due to be served and filed on or before at least 14 days prior to the original motion day, to be determined by this Court.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely on the supporting Memorandum and Declaration submitted in support of this Motion and all proceedings heretofore had in this proceeding. A Proposed Order accompanies this Motion.

Dated: December 28, 2018
New York, New York,

Respectfully submitted,

*s/ Marc Hepworth*
Marc Hepworth

David A. Roth
Charles Gershbaum
Rebecca S. Predovan
HEPWORTH GERSHBAUM & ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

*Attorneys for Plaintiffs*